UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SORRENTO CONDOMINIUM HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | CASE NO. C25-45RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

This matter comes before the Court on the parties' Stipulated Motion for Dismissal, Dkt. #15.

Pursuant to F.R.C.P. 41(a)(1) and LCR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

IT IS SO ORDERED.

DATED this 3rd day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL – 1